IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DONNIE E. SHROPSHIRE, | ) |
| Plaintiff, | ) |
| vs. | ) CIVIL ACTION 15-00593-CB-M |
| STEWART HANLEY, et al., | ) |
| Defendants. | ) |

## ORDER

Plaintiff filed an objection (Doc. 5) to the Magistrate Judge's recommendation (Doc. 4) that this action be dismissed for failure to obey the Court's order requiring him: (1) to refile his complaint on the proper form and (2) to either file his motion to proceed in forma pauperis on the proper form or to pay the $400 filing fee. In response to Plaintiff's objection that he was being denied access to the courts, the Magistrate Judge entered an order (Doc. 6) extending the time for Plaintiff to comply with the previous order to February 12, 2016. That deadline had passed, and Plaintiff has again failed to obey the Court's order. Therefore, after due and proper consideration of the issues raised, and a de novo determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be and is hereby **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

**DONE** this 22nd day of February, 2016.

s/*Charles R. Butler, Jr.*
**SENIOR UNITED STATES DISTRICT JUDGE**